♦AO 442                    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

In the   District of   Guam

UNITED STATES OF AMERICA

V.

**DAVID EUGENE THOMAS**

## WARRANT FOR ARREST

Case Number: CR-07-00044

**RECEIVED**
APR 27 2007
US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **DAVID EUGENE THOMAS**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Terroristic Conduct, in violation of 9 Guam Code Annotated 19.50, as assimilated by 18 U.S.C. § 7(3) and 13.

in violation of Title _____ United States Code, Section(s) _____

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

March 27, 2007 at Hagatña, Guam
Date and Location

**FILED**
DISTRICT COURT OF GUAM
APR 30 2007 /nbv/
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Bldg 6003 Naval Base Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 27APR07 | | |
| DATE OF ARREST | | |
| 27APR07 | | [signature] |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____