**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00044-001          DATE: April 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 1:51:12 - 2:02:04
CSO: J. Lizama / L. Ogo

**APPEARANCES:**
Defendant: David Eugene Thomas      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Tanya Cruz      U.S. Agent:
U.S. Probation: Christopher Duenas      U.S. Marshal: V. Roman / R. Okada
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on a Complaint**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Preliminary Examination set for: May 10, 2007 at 10:00 a.m.
- Defense counsel's oral motion for his client to receive immediate medical attention was granted.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: