# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00044 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| DAVID EUGENE THOMAS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Apr 30, 2007**