LEONARDO M. RAPADAS
United States Attorney
TANYA M. CRUZ
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY - 2 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00044 |
| Plaintiff, ) | **INDICTMENT** |
| ) | **TERRORISTIC CONDUCT** |
| ) | [9 G.C.A. § 19.50 and 18 U.S.C. §§ 7(3) & (13)] |
| vs. ) | (Count I) |
| ) | **DISORDERLY CONDUCT** |
| ) | [9 G.C.A. § 61.15(a)(1) and 18 U.S.C. §§ 7(3) & (13)] |
| ) | (Counts II and III) |
| DAVID EUGENE THOMAS, ) | **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** |
| Defendant. ) | [18 U.S.C. § 1382] |
| ) | (Counts IV, V, and VI) |

THE GRAND JURY CHARGES:

**COUNT I - TERRORISTIC CONDUCT**

On or about April 27, 2007, within the District of Guam, the defendant, DAVID EUGENE THOMAS, at U.S. Naval Hospital Guam located on U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did commit terroristic conduct by threatening to commit a crime of violence with intent to cause evacuation of the U.S. Naval Hospital Guam, and otherwise to cause serious public inconvenience, and in reckless disregard of the risk of causing such inconvenience, namely by stating that he had a bomb and other weapons in his possession, in violation of Title 9, Guam Code Annotated, Section 19.50 and Title 18, United States Code, Sections 7(3) and 13.

-1-

## COUNT II - DISORDERLY CONDUCT

On or about April 25, 2007, within the District of Guam, the defendant, DAVID EUGENE THOMAS, at Andersen Air Force Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did commit disorderly conduct with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, by engaging in fighting or threatening, violent or tumultuous behavior during a softball game held at Andersen Air Force Base softball field, and continued to commit said disorderly conduct after reasonable requests to desist, in violation of Title 9, Guam Code Annotated, Section 61.15(a)(1) and Title 18, United States Code, Sections 7(3) and 13.

## COUNT III - DISORDERLY CONDUCT

On or about April 26, 2007, within the District of Guam, the defendant, DAVID EUGENE THOMAS, at Andersen Air Force Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did commit disorderly conduct with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, by engaging in fighting or threatening, violent or tumultuous behavior at Subway restaurant located on Andersen Air Force Base, and continued to commit said disorderly conduct after reasonable requests to desist, in violation of Title 9, Guam Code Annotated, Section 61.15(a)(1) and Title 18, United States Code, Sections 7(3) and 13.

## COUNT IV - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY

On or about April 25, 2007, in the District of Guam, the defendant, DAVID EUGENE THOMAS, went upon a United States military reservation, to wit, Andersen Air Force Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 9, Guam Code Annotated, Section 61.15(a)(1) and Title 18, United States Code, Sections 7(3) and 13, all in violation of Title 18, United States Code, Section 1382.

## COUNT V - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY

On or about April 26, 2007, in the District of Guam, the defendant, DAVID EUGENE THOMAS, re-entered upon a United States military reservation, to wit, Andersen Air Force Base, after having been removed therefrom and ordered not to reenter pursuant to a Temporary Order issued to the defendant on April 25, 2007, in violation of Title 18, United States Code, Section 1382.

## COUNT VI - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY

On or about April 27, 2007, in the District of Guam, the defendant, DAVID EUGENE THOMAS, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 9, Guam Code Annotated, Section 19.50 and Title 18, United States Code, Sections 7(3) and 13, all in violation of Title 18, United States Code, Section 1382.

DATED this 2nd day of May 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TANYA M. CRUZ
Special Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-3-