AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

RECEIVED
MAY 02 2007
US MARSHALS SERVICE-GUAM

UNITED STATES OF AMERICA
V.

**DAVID EUGENE THOMAS**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    **CR-07-00044**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 3rd, U.S. Courthouse <br> 520 West Soledad Avenue | **302** |
| Before:    Honorable Joaquin V. E Manibusan, Jr. | Date and Time <br> **Friday, May 4, 2007 at 8:30 a.m.** |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNT 1 - Terroristic Conduct, 9 GCA § 19.50 and 18 USC §§ 7(3) and (13)

COUNTS 2 and 3 - Disorderly Conduct, 9 GCA § 61.15(a)(1) and 18 USC §§ 7(3) and (13)

COUNTS 4 thru 6 - Entering Military, Naval, or Coast Guard Property, 18 USC § 1382

FILED
DISTRICT COURT OF GUAM
MAY - 3 2007
MARY L.M. MORAN
CLERK OF COURT
ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**May 2, 2007**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 5/3/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5/3/2007
            Date

_J. _____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.