# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00044-001　　　　　　　　　　DATE: May 04, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 8:37:01 - 8:53:50
　　　　　　　　　　　　　　　　　　　　　　　(8:46:59 - 8:50:22 side bar)

CSO: J. Lizama / J. McDonald

**APPEARANCES:**
Defendant: David Eugene Thomas　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Tanya Cruz　　　　　　　U.S. Agent:
U.S. Probation: Robert Carreon　　　　　U.S. Marshal: V. Roman / T. Muna
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: June 28, 2007 at 9:30 a.m.
- Mr. Gorman advised the Court that his client has not received the urgent medical treatment ordered at the last hearing. He further requested for the U.S. Marshals Service to transport his client for treatment by today or tomorrow. Government had no objections.
- Court instructed Probation Officer Carreon to contact the facility for said treatment. In addition, Court ordered the U.S. Marshal to coordinate for transportation of the defendant and any necessary supervision.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: