ORIGINAL

davidthomasalibi

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
JUN -7 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00044 |
| Plaintiff, | |
| vs. | REQUEST FOR ALIBI [Fed. R. Crim. P. 12.1 (a)] |
| DAVID EUGENE THOMAS, | |
| Defendant. | |

In accordance with Federal Rule of Criminal Procedure 12.1(a) the government hereby requests defendant's alibi and explanation of the events which occurred: on or about April 25, 2007, between approximately 1800 and 2230, at the Anderson Air Force Base softball field at Andersen Air Force Base in Guam in connection with the alleged violations of Title 9, Guam Code Annotated, Section 61.15(a)(1) and Title18, United States Code, Sections 7(3), 13, & 1382; on or about April 26, 2007, between approximately 1145 and 1500, at the Subway restaurant at Andersen Air Force Base in Guam, in connection with the alleged violations of Title 9, Guam Code Annotated, Section 61.15(a)(1) and Title18, United States Code, Sections 7(3), 13, & 1382; and on or about April 27, 2007, between approximately 0015 and 0130, at U.S. Naval Hospital Guam located on board U.S. Naval Base Guam, in connection with the alleged violations of Title 9, Guam Code Annotated, Section19.50 and Title18, United States Code, Sections 7(3), 13, &

1382. The government further requests the names, addresses, and phone numbers of any witnesses upon whom the defendant intends to rely to establish such alibi.

DATED this 6th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney