# ORIGINAL

1    davidthomasmental

2    LEONARDO M. RAPADAS
     United States Attorney
3    RYAN M. ANDERSON
     Special Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam 96910
     PHONE: (671) 472-7332
6    FAX: (671) 472-7334

7    Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 1 4 2007

MARY L.M. MORAN
CLERK OF COURT

8

9              IN THE UNITED STATES DISTRICT COURT

10                 FOR THE TERRITORY OF GUAM

11

12   UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 07-00044
                                        )
13              Plaintiff,              )
                                        )
14        vs.                           )   MOTION IN LIMINE
                                        )   [Fed. R. Crim. P. 12.2]
15   DAVID EUGENE THOMAS,               )
                                        )
16              Defendant.              )
     _____)

17

18

19        In accordance with Federal Rule of Criminal Procedure 12.2, the government hereby

20   provides notice of the defendant's responsibility to notify an attorney for the government in

21   writing of its intent to assert an insanity defense at the time of the alleged offense. If the

22   defendant fails to provide this notice pursuant to the Court's request, the defendant cannot rely

23   on an insanity defense. Furthermore, the government hereby provides notice of the defendant's

24   responsibility to notify an attorney for the government in writing of its intent to introduce expert

25   //

26   //

27   //

28   //

1 evidence relating to a mental disease or defect or any other mental condition of the defendant

2 bearing on the issue of guilt pursuant to the Court's request.

3      DATED this _14th_ day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:                              
RYAN M. ANDERSON
Special Assistant U.S. Attorney

- 2 -