LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID EUGENE THOMAS,<br><br>    Defendant. | CRIMINAL CASE NO. 07-00044<br><br>**UNITED STATES'**<br>**WITNESS LIST** |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

Respectfully submitted this <u>21st</u> day of June, 2007.

                                                                              LEONARDO M. RAPADAS
                                                                              United States Attorney
                                                                              Districts of Guam and NMI

By: _/s/ Ryan M. Anderson_
            RYAN M. ANDERSON
            Special Assistant U.S. Attorney

# WITNESS LIST

Ms. Sarah Marshall
Andersen Air Force Base, Guam
653-2443

A1C Evan B. Parrish, USAF
Security Forces
Andersen Air Force Base, Guam
366-2910

Maj Craig Thomas, USAF
Andersen Air Force Base, Guam
653-4898

Mrs. Lara Thomas
Andersen Air Force Base, Guam
653-4898

Sgt Edgar Z. Tiamzon, USAF
Security Forces
Andersen Air Force Base, Guam
366-2910

Mrs. Kirsten Mayhew
Andersen Air Force Base, Guam
653-2054

Anm Dustin Hartman, USAF
Security Forces
Andersen Air Force Base, Guam
366-2910

Anm Jace Thorton, USAF
Security Forces
Andersen Air Force Base, Guam
366-2910

Sgt Ernie Surber, USAF
Security Forces
Andersen Air Force Base, Guam
366-2910

Mr. Tom Sheldon
Andersen Air Force Base, Guam
366-6033

LCDR Kurt Grunawalt, JAGC, USN
Force Judge Advocate
U.S. Naval Base, Guam
339-4385

| | |
|---|---|
| 1 | S/A Adam DeLadurantey<br>U.S. Naval Criminal Investigative Service |
| 2 | U.S. Naval Base, Guam<br>339-7220 |
| 3 | |
| 4 | MA1 Todd Barrett, USN<br>Naval Security Force- Detachment Guam |
| 5 | U.S. Naval Base, Guam<br>727-1970 |
| 6 | LT Gregory Jones, USN |
| 7 | U.S. Naval Base Guam<br>344-9340 |
| 8 | MAC David J. Hodges, USN |
| 9 | Naval Security Force - Detachment Guam<br>U.S. Naval Base Guam |
| 10 | 344-9744 |
| 11 | LT David G. Lang, USN<br>U.S. Naval Base, Guam |
| 12 | 344-9728 |