LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00044 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **UNITED STATES'** |
| ) | **[PROPOSED]** |
| DAVID EUGENE THOMAS, ) | **VERDICT FORM** |
| ) | |
| Defendant. ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this 21st day of June, 2007.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: _/s/ Ryan M. Anderson_
      RYAN M. ANDERSON
      Special Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.07-00044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **VERDICT FORM** |
| DAVID EUGENE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COUNT I- TERRORISTIC CONDUCT (Felony)

We, the Jury, in the above-entitled case unanimously find the defendant, DAVID EUGENE THOMAS: Violation of Title 9, Guam Code Annotated, Section 19.50 as assimilated by Title 18 United States Code, Sections 7 (3) and 13:

/ /   NOT GUILTY

/ /   GUILTY

## COUNT II- DISORDERLY CONDUCT (Misdemeanor)

We, the Jury, in the above-entitled case unanimously find the defendant, DAVID EUGENE THOMAS:  Violation of Title 9, Guam Code Annotated, Section 61.15 (a)(1) as assimilated by Title 18 United States Code, Sections 7 (3) and 13:

/ /   NOT GUILTY

/ /   GUILTY

**COUNT III- DISORDERLY CONDUCT (Misdemeanor)**

We, the Jury, in the above-entitled case unanimously find the defendant, DAVID EUGENE THOMAS: Violation of Title 9, Guam Code Annotated, Section 61.15 (a)(1) as assimilated by Title 18 United States Code, Sections 7 (3) and 13:

/ /   NOT GUILTY

/ /   GUILTY

**COUNT IV- ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY (Misdemeanor)**

We, the Jury, in the above-entitled case unanimously find the defendant, DAVID EUGENE THOMAS: Violation of Title 18 United States Code, Section 1382:

/ /   NOT GUILTY

/ /   GUILTY

**COUNT V- ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY (Misdemeanor)**

We, the Jury, in the above-entitled case unanimously find the defendant, DAVID EUGENE THOMAS: Violation of Title 18 United States Code, Section 1382:

/ /   NOT GUILTY

/ /   GUILTY

//
//
//
//

-2-

Case 1:07-cr-00044   Document 19   Filed 06/21/2007   Page 3 of 4

**COUNT VI- ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY**
**(Misdemeanor)**

We, the Jury, in the above-entitled case unanimously find the defendant, DAVID EUGENE THOMAS: Violation of Title 18 United States Code, Section 1382:

/ /    NOT GUILTY

/ /    GUILTY

Dated this _____ day of _____, 2007, at Hagatna, Guam.

_____
Foreperson