ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 2 1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> DAVID EUGENE THOMAS, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 07-00044 <br><br> **UNITED STATES'** <br> **[PROPOSED]** <br> **VOIRE DIRE** |

Pursuant to the order of this Court and Federal Rule of Criminal Procedure 24(a), the United States submits the following proposed voir dire questions.

A. WITNESSES (Assuming that the Court reads the names of the attorneys and the trial witnesses to the panel.)

  1. Are any of you friendly or associated or related with the attorneys for the United States, or for the defense, in this case, either socially or through your role as jurors in other cases? If so, please explain the nature of the prior knowledge and how it may affect your attitude as a juror in this case.

  2. Do any of you know any of the witnesses who will testify? If so, please describe your acquaintance.

  3. Do any of you know the defendant or his family members socially or through some business or other acquaintanceship? If so, please describe the association.

4. Would it be embarrassing and perhaps even painful to have to return a verdict against the defendant when you are so acquainted with the defendant or his family?

B. GENERAL INFORMATION

5. Do you have any friends who are attorneys? If so, what type of law do they practice?

6. Please explain for us the nature and extent of your educational background, including any special training courses and vocational seminars you have attended. If you attended college, what was your major field of study?

7. Have any of you ever studied law or had any legal training? If so, a) when did you receive this training; b) extent of training; and c) could you set aside what you have learned and decide the case based on the evidence and the law given in this case?

8. Are you married? Do you: Live alone? Share house with another person or persons? Live with family? Do you have children? If so, are they boys or girls and how old are they?

9. Please describe the nature of your employment and that of your spouse, if you are married.

10. Please describe your immediate family and, how each formally employed member is employed, the nature of any past employment, and the educational background of your immediate family.

11. Where do you now reside and for how long have you been a resident of that address? (If the prospective juror indicates that he or she is new to the present address, please ascertain that person's prior place of residence.)

12. What formal organizations, fraternities, or societies do you or any member of your family belong to?

13. Please explain your past experience on juries in both civil and criminal cases. Tell us when the case was tried and the nature of the case. Without telling me whether or not the jury found the defendant guilty or not guilty, please tell me whether or not the jury actually reached a verdict. Would you be influenced in any way by your previous experience as a juror?

14. Do you have any fixed view about the United States Department of Justice, the United States Navy, or the United States Air Force that would affect your ability to be an impartial juror in this case? Do you have any fixed views about the U.S. Naval Base Guam Security Force or the U.S. Air Force Security Force?

15. Do you have access to any of the military installations on Guam?

16. Is there anything about the nature of this case that would make it difficult for you to be a fair and impartial juror in this trial? If yes, what would prevent you from being fair and impartial?

17. Most of us during our lives have in one way or another come into contact with law enforcement officers. Have any of these experiences made you feel one way or another about them? If so, what are these feelings? Have you or any of your acquaintances ever had any experiences with the above-referenced law enforcement agency that would influence your ability to sit as a fair and impartial juror in this matter?

18. The Indictment in this case charges offenses involving: 1) entering military property used by the military and their families for a purpose prohibited by law; 2) disorderly conduct while on federal property used by the military and their families; 3) and terroristic conduct while on federal property used by the military and their families. Have you, any members of your family, or close friends had problems in connection with the crimes of entering property for a purpose prohibited by law, disorderly conduct and terroristic conduct? If so, what were those problems? Do you believe this prior experience would affect your attitude towards this case? Is there anything about the nature of this case that makes you wish not to be involved in the trial? If so, what is it?

C. OTHER MATTERS

19. Has anyone talked to you about this case or attempted to influence you in any way about it since you were notified you were on the jury panel? Who? When? Where? Who else was present? What did you say? Before you were so notified, did anyone attempt to influence you about jury service on this matter? Please tell us the details of that event.

20. Have you, your relatives or close friends ever been the victim of a crime? State the nature of the crime and the outcome of the case. Do you believe this would affect your attitude towards this case as a juror?

21. Have you, your relatives or close friends ever been charged with or investigated for a crime? If so, what was the nature of this investigation or charge? How was it handled?

22. Have you, your relatives or close friends ever witnessed the commission of a crime? What type of crime? What was the outcome of the case? Would you be influenced in any way by your experience as a witness to a crime?

D. GENERAL QUALIFICATION

23. Will you be able to render a verdict solely on the evidence presented at trial and the law that is given to you and not allow anything else to affect your verdict?

24. Do you have any specific health problems which would make it difficult for you to serve as a juror in this case?

25. Do you know any reason whatsoever why you may not sit as a fair and impartial juror in this case?

Respectfully submitted this 21st day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*

RYAN M. ANDERSON
Special Assistant U.S. Attorney