LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00044 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER**<br>re: Government's Request<br>for use of Court's Equipment |
| DAVID EUGENE THOMAS, | ) | |
| Defendant. | ) | |

The government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is approved.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jun 22, 2007**