LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00044 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER**<br>re: Government's Motion to<br>Release Grand Jury Transcripts |
| DAVID EUGENE THOMAS, | ) | |
| Defendant. | ) | |

Based on the government's motion to release grand jury transcripts, the Court hereby orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts containing testimony of witnesses who have appeared before the Federal Grand Jury in this matter.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
       Chief Judge
**Dated: Jun 22, 2007**