ORIGINAL

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DAVID EUGENE THOMAS

**FILED**
DISTRICT COURT OF GUAM

JUN 2 2 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00044 |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING TRIAL |
| | ) | DATE AND EXCLUDING TIME |
| vs. | ) | |
| | ) | |
| DAVID EUGENE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Mr. Thomas' trial presently scheduled for June 28, 2007 at 9:30 a.m. be continued for approximately three months or a date convenient for the Court's calendar. The parties request this continuance as there are substantial issues regarding Mr. Thomas' mental status at the time of the alleged offense and his current capacity to stand trial. Defense counsel is arranging for the necessary mental health testing and assessment, but requires additional time to have Mr. Thomas tested and evaluated. Additional time is also required as there must be a full and careful review of Mr. Thomas' extensive mental health history and hospitalization dating back a number of years.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including June 28, 2007, to and including _____, 2007 be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons outlined above, the parties respectfully submit that this continuance is in Mr. Thomas' best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Thomas has been consulted and concurs with this proposed continuance. Thus, the ends of justice are best served by this continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, June 22, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
DAVID EUGENE THOMAS

_____
RYAN ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2