JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
DAVID EUGENE THOMAS

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00044 |
| Plaintiff, | ) ORDER re: STIPULATION TO |
| vs. | ) CONTINUE TRIAL AND EXCLUDING ) TIME |
| DAVID EUGENE THOMAS, | ) |
| Defendant. | ) |

The Stipulation filed on June 22, 2007, to continue the trial in this matter to Tuesday September 25, 2007, at 9:30 a.m., is Hereby Approved and So Ordered. IT IS ALSO APPROVED AND SO ORDERED, based on the above-referenced stipulation, that the time between June 22, 2007 and September 25, 2007, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 22, 2007**