# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

DAVID EUGENE THOMAS

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 07-00044

TO: Gregory Jones
LT, USN

**FILED**
DISTRICT COURT OF GUAM
JUN 26 2007
MARY L.M. MORAN
CLERK OF COURT

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | Fourth Floor |
| | DATE AND TIME<br>June 28, 2007<br>9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran | |
| (By) Deputy Clerk | June 21, 2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Ryan M. Anderson, Special Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez Ave., Hagatna, Guam (671) 472-7332

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| | PROOF OF SERVICE | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>YES    NO    AMOUNT $ | |
| SERVED BY (PRINT NAME) | TITLE | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
                DATE                                 SIGNATURE OF SERVER

                                                            ADDRESS OF SERVER

ADDITIONAL INFORMATION

"NOT SERVED - TRIAL CONTINUED."

*/s/ GE Helm*

GREGORY E. HELM
Litigation Support Specialist
U.S. Attorney's Office
District of Guam

6/26/2007

