

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DAVID EUGENE THOMAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00044 |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING TRIAL<br>) DATE AND EXCLUDING TIME |
| vs. | ) |
| DAVID EUGENE THOMAS, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Mr. Thomas' trial presently scheduled for September 25, 2007, at 9:30 a.m. be continued for approximately two weeks or a date convenient for the Court's calendar. The parties request this continuance because they have reached a plea agreement in principle, however, they need addtional time to prepare the plea agreement and resolve the final details.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including September 25, 2007, to and including _____, 2007 be excluded from the computations required by the Speedy Trial

Act, 18 U.S.C. § 3161.

Therefore, for the reasons outlined above, the parties respectfully submit that this continuance is in Mr. Thomas' best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Thomas has been consulted and concurs with this proposed continuance. Thus, the ends of justice are best served by this continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 18, 2007.

JOHN T. GORMAN
Attorney for Defendant
DAVID EUGENE THOMAS

RYAN ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2