davidthomasdismiss

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

☐ ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
SEP 25 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00044 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** <br> ) **THE INDICTMENT** |
| DAVID EUGENE THOMAS, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendant, DAVID EUGENE THOMAS, be dismissed without prejudice, for the reason that the defendant has been charged and plead guilty to an Information in CR 07-00091.

Respectfully submitted this 25th day of September 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney