LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00044 |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS THE INDICTMENT** |
| DAVID EUGENE THOMAS, | |
| Defendant. | |

The United States' Motion to Dismiss the Indictment against defendant, DAVID EUGENE THOMAS, is hereby granted.

SO ORDERED this 25th day of September 2007.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge